# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| **BLUERIBBON COALITION, INC**. *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>**BUREAU OF LAND MANAGEMENT**, *et al.*,<br><br>  Defendants,<br><br>and<br><br>**SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>  Proposed Defendant-Intervenor. | Case No. 4:25-cv-00022-DN<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT-INTERVENOR'S MOTION TO INTERVENE**<br><br>Judge David Nuffer |

      This matter comes before the Court upon the Motion to Intervene filed by proposed Defendant-Intervenor Southern Utah Wilderness Alliance (SUWA). Having reviewed the Motion and opposition thereto, and determined that intervention is warranted, SUWA's Motion is GRANTED.

      Signed this ___ day of _____, 2025.

                                                                                       BY THE COURT:

                                                                                 _____
                                                                                 DAVID NUFFER
                                                                                 United States District Judge