Stephen H.M. Bloch (#7813)
Laura Peterson (#16135)
Hanna Larsen (#18458)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, Utah 84111
Telephone: (801) 486-3161
steve@suwa.org
laura@suwa.org
hanna@suwa.org

*Attorneys for Proposed Defendant-Intervenor*
*Southern Utah Wilderness Alliance*

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| BLUERIBBON COALITION, INC. *et al.*, | |
| Plaintiffs, | Case No. 4:25-cv-00022-DN |
| v. | |
| BUREAU OF LAND MANAGEMENT, *et al.*, | **NOTICE OF APPEARANCE** |
| Defendants, | Judge David Nuffer |
| and | |
| SOUTHERN UTAH WILDERNESS ALLIANCE, | |
| Proposed Defendant-Intervenor. | |

Notice is hereby given of the entry of the undersigned as counsel for Proposed Defendant-Intervenor Southern Utah Wilderness Alliance in the above-captioned action.

Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other materials relevant to this action should be directed to and served upon:

>Laura Peterson
>Southern Utah Wilderness Alliance
>425 East 100 South
>Salt Lake City, UT 84111
>laura@suwa.org

DATED:   March 11, 2025

>Respectfully submitted,
>
>*/s/ Laura Peterson*
>Laura Peterson
>
>*Attorney for Proposed Defendant-Intervenor*
>*Southern Utah Wilderness Alliance*