ADAM R.F. GUSTAFSON, Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

PAUL A. TURCKE, Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH
# CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| BLUERIBBON COALITION, INC., et al.,  Plaintiffs, v. BUREAU OF LAND MANAGEMENT, et al.,  Defendants. | Case No. 4:25-cv-00022-DN  **DEFENDANTS' RESPONSE TO MOTION TO INTERVENE**  District Judge David Nuffer |

Defendants Bureau of Land Management and U.S. Department of the Interior hereby respond to the Motion to Intervene filed in this case by the Southern Utah Wilderness Alliance, ECF No. 10, and state that Defendants take no position on the Motion.

Respectfully submitted this 17th day of March 2025.

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

/s/ Paul A. Turcke
PAUL A. TURCKE, Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*