Isabella Eldridge (Utah Bar No. 19517)
BLUERIBBON COALITION, INC
PO Box 76
New Plymouth, ID 83655
Telephone: (405) 464-9060
Email: bella.eldridge@blueribboncoalition.org

*Attorney for BlueRibbon Coalition, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| BLUERIBBON COALITION, INC. *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 4:25-cv-00022-DN<br><br>**JOINT MOTION FOR SCHEDULING ORDER ON PLAINTIFFS' MOTION FOR RELIEF UNDER 5 U.S.C. § 705, OR, ALTERNATIVELY, A PRELIMINARY INJUNCTION**<br><br>Judge David Nuffer |

Plaintiffs in this case have filed a Motion for Relief Under 5 U.S.C. § 705, or, Alternatively, for a Preliminary Injunction, ECF No. 4. Plaintiffs and Defendants hereby jointly move for a scheduling order in order to facilitate the orderly resolution of the Motion.

1. The parties propose the following briefing schedule on the Motion:

    - Defendants' Response: April 3, 2025.

    - Plaintiff's Reply: April 24, 2025.

2. The parties acknowledge the pending motion to intervene by the Southern Utah Wilderness Alliance ("SUWA"), ECF No. 10, which Plaintiffs oppose. Plaintiffs do not therefore consent, in this Joint Motion, to any filing of a response by SUWA to

1

the Motion. The parties to this Joint Motion agree that the Court's scheduling order should provide that a filing by SUWA addressing the Motion, if any, shall occur on or before April 10, 2025

3. The parties believe that the motion can be effectively resolved through written briefs, as the issues are fully presented and can be addressed in the submissions. However, should the Court wish to hear oral argument, the parties agree to appear and present argument at the time and in the manner deemed appropriate by the Court.

Respectfully submitted this 20th day of March 2025.

/s/ Isabella Eldridge
Isabella Eldridge
BLUERIBBON COALITION, INC.
PO Box 76
New Plymouth, ID 83655
Telephone: (405) 464-9060
bella.eldridge@blueribboncoalition.org

*Attorney for Plaintiffs*


ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

/s/ Paul A. Turcke (with permission)
PAUL A. TURCKE, Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*