# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| BLUERIBBON COALITION, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, et al.,<br><br>  Defendants. | **(PROPOSED ORDER) GRANTING JOINT MOTION FOR SCHEDULING ORDER ON PLAINTIFFS' MOTION FOR RELIEF UNDER 5 U.S.C. § 705, OR, ALTERNATIVELY, A PRELIMINARY INJUNCTION**<br><br>Case No. 4:25-cv-00022-DN<br><br>Judge David Nuffer |

Before the Court is a Joint Motion for Scheduling Order by Defendants U.S. Bureau of Land Management, et al., and Plaintiffs BlueRibbon Coalition, et al. Good cause appearing, the motion is GRANTED. The Court sets the following schedule on Plaintiffs' Motion for Relief under 5 U.S.C. § 705, or, Alternatively, a Preliminary Injunction:

1. Federal Defendants shall file a response on or before April 3, 2025.

2. Proposed Defendant-Intervenors shall file a response brief on or before April 10, 2025.

3. Plaintiffs shall file a reply on or before April 24, 2025.

SO ORDERED.


DATED_____, 2025.

                                        BY THE COURT:

                                        _____
                                        David Nuffer
                                        United States District Judge