# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BLUERIBBON COALITION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>Defendants. | **ORDER GRANTING JOINT MOTION FOR SCHEDULING ORDER ON PLAINTIFFS' MOTION FOR RELIEF UNDER 5 U.S.C. § 705, OR, ALTERNATIVELY, A PRELIMINARY INJUNCTION**<br><br>Case No. 4:25-cv-00022-DN<br><br>District Judge David Nuffer |

Based on Plaintiff's and Defendants United States Bureau of Land Management Joint Motion for Scheduling Order ("Motion")[1] and finding good cause therefor,

IT IS HEREBY ORDERED that the Motion[2] is GRANTED and the briefing deadlines for Plaintiff's Motion[3] for Relief Under 5 U.S.C. § 705, or, Alternatively, a Preliminary Injunction shall be as follows:

1. Federal Defendants shall file a response on or before April 3, 2025.

2. Proposed Defendant-Intervenors shall file a response brief on or before April 10, 2025.

3. Plaintiffs shall file a reply on or before April 24, 2025.

Signed March 24, 2025.

BY THE COURT:

_____
David Nuffer
United States District Judge

---

[1] Docket no. 19, filed March 6, 2025.
[2] Docket no. 19.
[3] Docket no. 4, filed March 20, 2025.