AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Utah

| | |
|---|---|
| BlueRibbon Coalition, Inc.; Sage Riders Motorcycle Club; and Paul Wells<br><br>*Plaintiff(s)*<br>v.<br>Bureau of Land Management, U.S. Department of the Interior<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 4:25-cv-00022-DN<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Department of the Interior
c/o U.S. Civil Process Clerk
U.S. Attorney's Office, District of Utah
111 South Main Street
Suite 1800
Salt Lake City, UT 84111-2176

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Isabella Eldridge
bella.eldridge@blueribboncoalition.org
BlueRibbon Coalition, Inc.
PO Box 76
New Plymouth, ID 83655

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P Serdar
*CLERK OF COURT*

Date:  03/13/2025                                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:25-cv-00022-DN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **U.S. Department of Interior** was received by me on *(date)* **Mar. 17, 2025**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Per Fed. R. Civ. P. 4(1), on Mar. 17, 2025, I served a true and correct copy of the Summons and Complaint on Defendant, U.S. Department of Interior, by U.S. Certified Mail, Return Receipt Requested. (See attached copy of Certified Mail Receipt and Return Receipt).

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **4/4/2025**

**/s/ Isabella Eldridge**
*Server's signature*

Isabella Eldridge, Attorney
*Printed name and title*

1820 Broone Dr, Norman OK, 73071
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Department of Interior
U.S. Attorney's office, District of Utah.
111 South Main street, Suite 1800
Salt Lake City, UT 84111-2176

9590 9402 8620 3244 1621 61

2. Article Number *(Transfer from service label)*

89 0710 5270 2578 7253 37

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X [signature] ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* Chloe Samyan

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Insured Mail
Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

9589 0710 5270 2578 7253 37

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

OFFICIAL USE

Certified Mail Fee $

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $

Total Postage and Fees $

Postmark Here

NORMAN OK 73069 USPS MAR

Sent To: Dept of Interior, U.S. Attorney, UT
Street and Apt. No., or PO Box No.: 111 South Main Street, Suite 1800
City, State, ZIP+4®: Salt Lake City, UT 84111-2176

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

