# EXHIBIT 1

to Proposed Defendant-Intervenor Southern Utah Wilderness Alliance's Response & Memorandum in Opposition to Plaintiffs' Motion for Preliminary Relief

*BlueRibbon Coal. v. Bureau of Land Mgmt.*
4:25-cv-00022-DN

# Department of the Interior
# Departmental Manual

**Effective Date**:  08/05/2013  
**Series**:  Organization  
**Part 109**:  Secretarial Officers  
**Chapter 7**:  Assistant Secretary – Land and Minerals Management

**Originating Office:**  Assistant Secretary – Land and Minerals Management

**109 DM 7**

7.1    **Program Assignments.**   The Assistant Secretary – Land and Minerals Management exercises all of the authority of the Secretary, with authority and direct responsibility for programs associated with land use planning; public land management including onshore and offshore mineral management; development and management of effective mineral data collection and analysis related to management of the Federal mineral estate; surface mining reclamation and enforcement functions; regulation of operations for all minerals on the Outer Continental Shelf to the outer limits of the United States jurisdiction; assessment of these mineral resources for long term national availability; timely collection of bonuses and first year rental payments from onshore oil, gas, and coal leases; and coordination of related Departmental policy.   This position is established pursuant to the authority contained in Section 3 of Reorganization Plan No. 3 of 1950 (64 Stat. 1262).

7.2    **General Responsibilities.**   The Assistant Secretary – Land and Minerals Management is responsible for:

    A.    Maximizing the effectiveness of program operations of subordinate bureaus and offices.

    B.    Serving as the primary Departmental contact in assigned program areas for policy related activities, which include identifying policy needs, developing and reviewing policy proposals, and interpreting established policy.

    C.    Initiating proposed legislation and regulations concerning assigned program areas, reviewing legislative and regulatory proposals for consistency with approved policy, and overseeing implementation of the legislation and regulations as appropriate.

    D.    Ensuring that program goals are identified for assigned functions; that they support Departmental objectives, and that results are measured against them.

    E.    Ensuring appropriate consultation with all affected parties on assigned substantive program matters, including bureau and office heads, the Secretary, the Solicitor, other officials

within the Office of the Secretary, the Office of Management and Budget, other governmental agencies, Congress, tribes, and private groups and individuals.

7.3  **Supervisory Authority**.  Subject to the authority of the Secretary in 200 DM 1.9, the Assistant Secretary – Land and Minerals Management exercises Secretarial direction and supervision over the Bureau of Land Management, Bureau of Ocean Energy Management, Bureau of Safety and Environmental Enforcement, and the Office of Surface Mining Reclamation and Enforcement.

7.4  **Scope of Activities.**  In carrying out the responsibilities described in 109 DM 7.2, the Assistant Secretary – Land and Minerals Management:

    A.  Prepares proposals for consideration by the Secretary through reconciling, adjusting, and amalgamating individual policy proposals and program plans submitted by subordinate bureaus and offices.

    B.  Exercises oversight of policies, operations, and effectiveness of interagency and interdisciplinary programs involving issues related to assigned program functions.

    C.  Sets program priorities based on Secretarial policies, demonstrated effectiveness of existing programs, and current and impending program problems and needs; and makes recommendations for allocating personnel, resources, and functions using recommendations of subordinate bureaus and offices.

    D.  Undertakes or provides staff leadership for special projects designed to explore and develop, for Secretarial approval, policies and programs resulting from proposals by civic and industrial groups, state governments, legislators and other departments of the Executive Branch, foreign governments, and international bodies that bear upon or affect assigned program functions.

    E.  Represents the Secretary in interpreting and communicating information about assigned program activities to various groups and to the general public; maintains liaison with members of Congress and committee staffs, and testifies before congressional committees on budgetary matters and legislative proposals; represents the Department in contacts with other governmental agencies, and with various private users and public interest groups; and solicits and utilizes, as appropriate, information related to assigned program areas from each of these extra-Departmental sources.

    F.  Assigns responsibility for the execution, within available resources, of all laws and Executive Orders imposing obligations on the Secretary with respect to assigned programs.

08/05/2013 #3975  
Replaces 05/21/84 #2573