# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH
# CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| BLUERIBBON COALITION, INC. *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>    Defendants,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>    Defendant-Intervenor. | Case No. 4:25-cv-00022-DN<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL**<br><br>District Judge David Nuffer |

To whom it may concern,

    I serve as lead counsel for Plaintiffs in the above-referenced case. This is to provide notice of my unavailability from June 6 – 13, 2025. I will be on a scheduled and paid-for family vacation. I will not have access to office voicemail and email during these dates. I respectfully request that no matters be scheduled in the above-referenced case during this period.

                                                        Sincerely,

                                                        */s/ Isabella Eldridge*
                                                        Isabella Eldridge



**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2025, I caused electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all properly registered counsel.

*/s/ Isabella Eldridge*
Isabella Eldridge