ADAM R.F. GUSTAFSON, Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

PAUL A. TURCKE, Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*

---

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH
# CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| BLUERIBBON COALITION, INC., et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>   Defendants,<br><br> and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>   Intervenor-Defendant. | Case No. 4:25-cv-00022-DN<br><br><br><br>**DEFENDANTS' STATEMENT OF POSITION DENYING ARBITRARY AND CAPRICIOUS AGENCY ACTION**<br><br><br><br><br>District Judge David Nuffer |

In accordance with DUCivR 7-4(b)(2)(B), Defendants United States Bureau of Land Management ("BLM"), et al., hereby respond to Plaintiffs' Complaint, ECF No. 1. Therein, Plaintiffs challenge BLM's December 2024 decision adopting the San Rafael Swell

Travel Management Plan.  Defendants deny that the aforementioned decision is arbitrary and capricious, not supported by substantial evidence, or otherwise contrary to law.  Defendants deny that Plaintiffs have stated a claim for relief or that Plaintiffs are entitled to any relief whatsoever.

Defendants present the following affirmative defenses:

1. Plaintiffs fail to state a claim upon which relief may be granted.

2. Plaintiffs lack standing to bring some or all of their claims.

3. Plaintiffs have failed to properly establish subject matter jurisdiction.

4. Plaintiffs have failed to demonstrate that some or all of their claims are ripe for judicial review.

Respectfully submitted this 19th day of May 2025.

        ADAM R.F. GUSTAFSON
        Acting Assistant Attorney General
        United States Department of Justice
        Environment & Natural Resources Division

        */s/ Paul A. Turcke*
        PAUL A. TURCKE, Trial Attorney
        Natural Resources Section
        1290 West Myrtle Street, Suite 500
        Boise, ID 83702
        Tel: (202) 532-5994
        paul.turcke@usdoj.gov

        *Attorneys for Defendants*