ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
(202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH
## CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| BLUERIBBON COALITION, INC., et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>     Defendants,<br><br> and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>     Intervenor-Defendant. | Case No. 4:25-cv-00022-DN<br><br><br><br>**JOINT MOTION FOR SCHEDULING ORDER IN AN ADMINISTRATIVE CASE UNDER DUCivR 7-4**<br><br><br><br><br><br>District Judge David Nuffer |

    In accordance with DUCivR 7-4(c), counsel for all parties have conferred and hereby move the Court to approve the attached Proposed Scheduling Order.

    Respectfully submitted this 28th day of May 2025.

/s/ *Isabella Eldridge* (with permission)
Isabella Eldridge
BLUERIBBON COALITION, INC.
800 W. Main Street, Suite 1460
Boise, ID 83702
(405) 464-9060
bella.eldridge@blueribboncoalition.org

*Attorney for Plaintiffs*

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

 /s/ *Paul A. Turcke*
PAUL A. TURCKE, Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
(202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*

/s/ *Laura Peterson* (with permission)
Stephen H.M. Bloch (UT #7813)
Laura Peterson (UT #16135)
Hanna Larsen (UT #18458)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
(801) 486-3161
steve@suwa.org
laura@suwa.org
hanna@suwa.org

*Attorneys for Intervenor-Defendant*