ADAM R.F. GUSTAFSON, Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

PAUL A. TURCKE, Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
(202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH
## CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| BLUERIBBON COALITION, INC., et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>  Defendants,<br><br> and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>   Intervenor-Defendant. | Case No. 4:25-cv-00022-DN<br><br><br><br>**DEFENDANTS' UNOPPOSED MOTION TO AMEND ADMINISTRATIVE APPEAL SCHEDULING ORDER**<br><br><br><br>District Judge David Nuffer |

In accordance with DUCivR 7-4(c)(2), Defendants United States Bureau of Land Management ("BLM"), et al., hereby move to amend the administrative appeal scheduling order in this case, Dkt. 31. Defendants request a 30-day extension of the September 12, 2025, deadline to transmit the administrative record to counsel, as well as a corresponding extension of the subsequent dates in the existing schedule. Good cause exists for this request because BLM

personnel essential to compiling the administrative record have just returned from extended unplanned leave taken to address a family medical emergency. No party opposes this motion.

Defendants propose that the following amended schedule govern further proceedings:

a. Defendants transmit the Administrative Record ("AR") to Counsel: **October 14, 2025**

b. Conferral with Defendants on AR Contents: **November 12, 2025**

c. Defendants' lodging of the AR with the Court: **December 3, 2025**

d. Motion to Supplement or Amend the AR: **December 24, 2025**. If such a motion is filed, the remainder of the schedule set out below is vacated and parties will submit a new Proposed Scheduling Order within 14 days of the Court's Order on the AR Motion.

e. Plaintiffs' Opening Brief: **February 23, 2026**

f. Defendants' Response Brief: **April 24, 2026**

g. Intervenor-Defendant's Response Brief: **May 8, 2026**. Intervenor-Defendant's Response Brief shall strive to not be duplicative of the Defendants' Response Brief.

h. Plaintiffs' Reply Brief: **June 5, 2026**

A proposed order is submitted herewith.

Respectfully submitted this 27th day of August 2025.

    ADAM R.F. GUSTAFSON
    Acting Assistant Attorney General
    United States Department of Justice
    Environment & Natural Resources Division

    */s/ Paul A. Turcke*
    PAUL A. TURCKE, Trial Attorney
    Natural Resources Section
    1290 West Myrtle Street, Suite 500
    Boise, ID 83702
    (202) 532-5994
    paul.turcke@usdoj.gov

    *Attorneys for Defendants*