# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH
# CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| BLUERIBBON COALITION, INC., et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>   Defendants,<br><br> and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>   Intervenor-Defendant. | Case No. 4:25-cv-00022-DN<br><br><br>**[PROPOSED]<br>FIRST AMENDED<br>SCHEDULING ORDER<br>IN AN ADMINISTRATIVE CASE<br>UNDER DUCivR 7-4**<br><br><br>District Judge David Nuffer |

Defendants Bureau of Land Management, et al., have filed an unopposed motion to amend the scheduling order. For good cause, the motion is GRANTED and case deadlines are amended as follows:

  a. Defendants transmit the Administrative Record ("AR") to Counsel: **October 14, 2025**

  b. Conferral with Defendants on AR Contents: **November 12, 2025**

  c. Defendants' lodging of the AR with the Court: **December 3, 2025**

  d. Motion to Supplement or Amend the AR: **December 24, 2025**. If such a motion is filed, the remainder of the schedule set out below is vacated and parties will submit a new Proposed Scheduling Order within 14 days of the Court's Order on the AR Motion.

  e. Plaintiffs' Opening Brief: **February 23, 2026**

  f. Defendants' Response Brief: **April 24, 2026**

  g. Intervenor-Defendant's Response Brief: **May 8, 2026**. Intervenor-Defendant's Response Brief shall strive to not be duplicative of the Defendants' Response Brief.

  h. Plaintiffs' Reply Brief: **June 5, 2026**

DATED: this _____ day of _____ 2025.

             BY THE COURT


             _____
             District Judge David Nuffer