# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| BLUERIBBON COALITION, INC.; SAGE RIDERS MOTORCYCLE CLUB; and PAUL WELLS, <br><br>  Plaintiffs, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT; and, U.S. DEPARTMENT OF THE INTERIOR, <br><br>  Defendants, <br><br> and <br><br> SOUTHERN UTAH WILDERNESS ALLIANCE, <br><br>  Intervenor-Defendant. | ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER AND FIRST AMENDED SCHEDULING ORDER IN AN ADMINISTRATIVE CASE UNDER DUCivR 7-4 <br><br> Case No. 4:25-cv-00022-DN <br><br> District Judge David Nuffer |

Defendants United States Bureau of Land Management and U.S. Department of the Interior, have filed an unopposed Motion to Amend Administrative Appeal Scheduling Order (the "Motion").[1] For good cause, the Motion[2] is GRANTED and case deadlines are amended as follows:

  a. Defendants transmit the Administrative Record ("AR") to Counsel: **October 14, 2025**

  b. Conferral with Defendants on AR Contents: **November 12, 2025**

  c. Defendants' lodging of the AR with the Court: **December 3, 2025**

---

[1] Docket no. 33, filed August 27, 2025.
[2] *Id.*

d.  Motion to Supplement or Amend the AR: **December 24, 2025**. If such a motion is filed, the remainder of the schedule set out below is vacated and parties will submit a new Proposed Scheduling Order within 14 days of the Court's Order on the AR Motion.

e.  Plaintiffs' Opening Brief: **February 23, 2026**

f.  Defendants' Response Brief: **April 24, 2026**

g.  Intervenor-Defendant's Response Brief: **May 8, 2026**. Intervenor-Defendant's Response Brief shall strive to not be duplicative of the Defendants' Response Brief.

h.  Plaintiffs' Reply Brief: **June 5, 2026**

Signed this 28th day of August 2025.

BY THE COURT

_____
David Nuffer
United States District Judge