

# Public Input and Actions

[BLM Canyon Country District](#)

**Media Contact:** Anna Rehkopf, [arehkopf@blm.gov](mailto:arehkopf@blm.gov)
September 24, 2025

## BLM reassesses routes in the Labyrinth/Gemini Bridges area

**MOAB, Utah** – Bureau of Land Management officials are reassessing the motorized vehicle route designations within the Labyrinth/Gemini Bridges Travel Management Area, near Moab. In particular, BLM is reassessing whether certain routes currently designated as closed or limited to off highway vehicles should be redesignated as open to OHV use. The process has and will be informed by the agency, cooperators, and the public — including a comment period starting today and ending October 24, 2025.

In the [Labyrinth/Gemini Bridges Travel Management Plan](#), completed in 2023, the BLM designated about 700 miles of routes as open to off highway vehicle travel. The BLM also designated about 100 miles of routes as available for limited OHV use, and about 300 miles of routes as closed to OHVs. [An interactive map of the area is available online](#) and includes the routes that BLM has preliminarily identified for re-designation. Reassessments and amendments are an important part of the travel management process and consistent with Executive Order 14313, *Establishing the President's Make America Beautiful Again Commission*.

All 2023 Labyrinth/Gemini Bridges TMP route designations will remain in effect during the reassessment process. If BLM concludes that any designations should change, the agency will issue a new decision amending the Labyrinth Rims/Gemini Bridges TMP. Until that time, members of the public should adhere to the route designations in the 2023 TMP.

BLM officials invite the public to submit further information on the routes currently designated OHV-limited and OHV-closed — including information about the routes' purpose and need, and resource considerations. Comments must be submitted either at [ePlanning online](#) or by standard mail to: Labyrinth/Gemini Bridges TMP, 82 Dogwood Avenue, Moab, UT 84532.

The BLM will review and consider all information and comments submitted by the public. The public is encouraged to include the route Segment ID with each comment.

-BLM-

*The BLM manages more than 245 million acres of public land located primarily in 12 western states, including Alaska, on behalf of the American people. The BLM also administers 700 million acres of sub-surface mineral estate throughout the nation. Our mission is to sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations.*