# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH
# CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| BLUERIBBON COALITION, INC., et al., <br><br>　Plaintiffs, <br><br>v. <br><br>BUREAU OF LAND MANAGEMENT, et al., <br><br>　Defendants, <br><br>and <br><br>SOUTHERN UTAH WILDERNESS ALLIANCE, <br><br>　Intervenor-Defendant. | Case No. 4:25-cv-00022-DN <br><br><br>**[PROPOSED] ORDER GRANTING SECOND MOTION TO AMEND SCHEDULING ORDER AND SECOND AMENDED SCHEDULING ORDER IN AN ADMINISTRATIVE CASE UNDER DUCivR 7-4** <br><br><br>District Judge David Nuffer |

Defendants United States Bureau of Land Management and U.S. Department of the Interior, have filed an unopposed Second Motion to Amend Administrative Appeal Scheduling Order (the "Motion").[1] For good cause, the Motion[2] is GRANTED and case deadlines are amended as follows:

　a. Defendants transmit the Administrative Record ("AR") to Counsel: **February 2, 2026**

　b. Conferral with Defendants on AR Contents: **March 2, 2026**

　c. Defendants' lodging of the AR with the Court: **March 23, 2026**

---

[1] Docket no. 36, filed January 2, 2026.
[2] *Id.*

d. Motion to Supplement or Amend the AR: **April 13, 2026**. If such a motion is filed, the remainder of the schedule set out below is vacated and parties will submit a new Proposed Scheduling Order within 14 days of the Court's Order on the AR Motion.

e. Plaintiffs' Opening Brief: **June 12, 2026**

f. Defendants' Response Brief: **August 11, 2026**

g. Intervenor-Defendant's Response Brief: **August 25, 2026**. Intervenor-Defendant's Response Brief shall strive to not be duplicative of the Defendants' Response Brief.

h. Plaintiffs' Reply Brief: **September 24, 2026**

Signed this _____ day of January 2026.

BY THE COURT

_____
David Nuffer
United States District Judge