ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH
## CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| BLUERIBBON COALITION, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT, *et al.*, <br><br> Defendants, <br><br> and <br><br> SOUTHERN UTAH WILDERNESS ALLIANCE, <br><br> Intervenor-Defendant. | Case No. 4:25-cv-00022-DN <br><br><br> **MOTION TO CONSOLIDATE** <br><br><br><br><br> District Judge David Nuffer |

Defendants U.S. Bureau of Land Management, *et al.* ("BLM"), hereby move, pursuant to D. Utah Civ. R. 42-1 and Fed. R. Civ. Proc. 42(a), to consolidate the above-captioned case with *State of Utah v. Burgum*, No. 4:25-cv-106-AMA-PK. Concurrently with this motion, counsel is

filing a notice of the motion in the *State of Utah* case.  See DUCivR 42-1(b).  Counsel have conferred, and Plaintiffs BlueRibbon Coalition, *et al.*, do not oppose this motion.  Plaintiffs State of Utah, *et al.*, have indicated they intend to file a response but take no position on the motion.  The Southern Utah Wilderness Alliance is an Intervenor-Defendant in both cases, and does not oppose the motion.

The cases "involve a common question of law or fact and are pending before different judges."  DUCivR 42-1(a).  Both cases challenge BLM's December 2024 Decision Record ("DR") and Travel Management Plan for San Rafael Swell Travel Management Area involving BLM-managed lands in Emery and Sevier counties.  Consolidation has been found to serve judicial economy in similar situations where multiple cases "involve the same central legal question: whether [BLM] . . . complied with federal law when [it] issued the [DR]."  *Salt Lake City Corp. v. Shepherd*, No. 2:23-cv-893, 2024 WL 1658253, at *2 (D. Utah Apr. 17, 2024) (unpublished) (granting the consolidation of three cases seeking judicial review of a decision record regarding the same project in Little Cottonwood Canyon).  Because evaluating plaintiffs' challenges will "involve review of the same administrative record[,] . . . it will conserve judicial resources and reduce the risk of contradictory rulings for one judge to consider the . . . cases together."  *Id.*; *see also Dreger v. Progressive Leasing LLC*, No. 2:23-cv-783, 2024 WL 115854, at *3 (D. Utah Jan. 10, 2024) (unpublished) (consolidation would "prevent the possibility of inconsistent rulings on the same facts").

The court should further consider whether "the interests of judicial convenience in consolidating the cases outweigh any risk of delay, confusion, or prejudice."  *Lamas v. Zullas*, No. 2:25-cv-183, 2025 WL 2161148, at *2 (D. Utah July 30, 2025) (unpublished).  And here, "[t]he risk of delay or confusion is minimal where the cases are all in the same procedural

posture, and in the initial stages of litigation." *Id*.; *see also Stern v. Acad. Mortg. Corp.*, No. 2:24-cv-15, 2024 WL 3046174, at *3 (D. Utah June 18, 2024) (unpublished) (finding consolidation poses "[o]nly a negligible risk of delay, confusion, or prejudice" where cases "are in the same procedural posture").

For the above reasons, Defendants respectfully request that the cases be consolidated in the manner deemed appropriate by the court.

Respectfully submitted this 12th day of January 2026.

        ADAM R.F. GUSTAFSON
        Principal Deputy Assistant Attorney General
        United States Department of Justice
        Environment & Natural Resources Division

        */s/ Paul A. Turcke*
        PAUL A. TURCKE
        Trial Attorney
        Natural Resources Section
        1290 West Myrtle Street, Suite 500
        Boise, ID 83702
        Tel: (202) 532-5994
        paul.turcke@usdoj.gov

        *Attorneys for Defendants*