**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
CENTRAL DIVISION, SOUTHERN REGION**

| | |
|---|---|
| BLUERIBBON COALITION, INC., et al., | Case No. 4:25-cv-00022-DN |
|     Plaintiffs, | |
| v. | |
| BUREAU OF LAND MANAGEMENT, et al., | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CONSOLIDATE** |
|     Defendants, | |
|  and | |
| SOUTHERN UTAH WILDERNESS ALLIANCE, | District Judge David Nuffer |
|     Intervenor-Defendant. | |

Defendants United States Bureau of Land Management and U.S. Department of the Interior, have filed a Motion to Consolidate the above-captioned case with *State of Utah v. Burgum*, No. 4:25-cv-106-AMA-PK (the "Motion").[1]  Pursuant to DUCivR 42-1, and for good cause, the Motion[2] is GRANTED.

Signed this _____ day of January 2026.

BY THE COURT

_____
David Nuffer
United States District Judge

---

[1] Docket no. 38, filed January 12, 2026.
[2] *Id.*