DAVID REAY (14764)
Assistant Attorneys General
Utah Attorney General's Office
(385) 867-9713
dreay@agutah.gov

DEREK BROWN (UT 10476)
Utah Attorney General
1594 West North Temple, Suite 300
Salt Lake City, Utah 84116

*Attorneys for Plaintiffs, Utah, et al.*
LIMITED APPEARANCE

## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF UTAH, CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| BLUERIBBON COALITION, INC., *et al.*, Plaintiffs, v. U.S. BUREAU OF LAND MANAGEMENT, *et al.*, Defendants, and SOUTHERN UTAH WILDERNESS ALLIANCE, Intervenor-Defendant. | Case No. 4:25-cv-00022-DN **NOTICE OF LIMITED APPEARANCE** District Judge David Nuffer |

1

The undersigned hereby files a limited appearance of counsel for Plaintiffs: State of Utah, Utah School and Institutional Trust lands Administration, Emery County, and Sevier County (State of Utah, et al.). Under Rule 5 of the Federal Rules of Civil Procedure, all further notices and copies of pleadings, correspondence, papers, and other materials relevant to this action should be directed to and served on:

David Reay
Assistant Attorneys General
1594 W North Temple Salt Lake City, Utah 84116
(385) 867-9713
dreay@agutah.gov

DATED this 15th day of January 2026.

/s/ David Reay

David Reay
Assistant Attorney General
*Attorney for the State of Utah, et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2026, the undersigned electronically transmitted the foregoing **NOTICE OF APPEARANCE OF DAVID REAY AS COUNSEL FOR THE STATE OF UTAH, ET AL.** to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all counsel of record:

/s/ David Reay
David Reay