DAVID REAY (14764)
Assistant Attorneys General
(385) 867-9713
dreay@agutah.gov

DEREK BROWN (UT 10476)
UTAH ATTORNEY GENERAL
1594 W North Temple
Salt Lake City, UT 84116

*Attorney for Plaintiffs, State of Utah, et al.*
LIMITED APPEARANCE

---

# IN THE UNITED STATES JUDICIAL DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| BLUERIBBON COALITION, INC., *et al.*, <br> Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT, *et al.*, <br> Defendants, <br><br> and <br><br> SOUTHERN UTAH WILDERNESS ALLIANCE, <br> Intervenor-Defendant. | Case No. 4:25-cv-00022-DN <br><br><br> **RESPONSE TO MOTION TO CONSOLIDATE** <br><br><br> District Judge David Nuffer |

Plaintiffs in Case No. 4:25-cv-00106, the State of Utah, et al., (collectively the "State")
hereby respond to the Defendant's Motion to Consolidate, filed in the above captioned case by
U.S. Bureau of Land Management, et al.. The State's Response to Defendant's Motion to
Consolidate is filed pursuant to D. Utah Civ. R. 42-1 and Fed. R. Civ. Proc. 5 and 42(a) in this
case (Case No. 4:25-cv-00022-DN), and a Notice of Response to Motion to Consolidate is being
filed concurrently in *State of Utah v. Doug Burgum, in his official capacity as Secretary of the
Interior, et. al.,* (Case No. 4:25-cv-00106-AMA-PK).

The State acknowledge certain common questions of law and similar inquiries of fact in
these two cases but holds that the State's sovereign interests are different than the interests of
BlueRibbon Coalition, Inc., Sage Riders Motorcycle Club, or Paul Wells (collectively
"BlueRibbon").  The Defendants cite *Stern v. Academy Mortgage Corporation* to support its
motion. *Stern v. Academy Mortg. Corp.,* 2:24-cv-15, 2024 WL 3046174, at *3 (D. Utah June 18,
2024) (unpublished).  However, the reasoning in the *Stern* case does not apply here.  The *Stern*
case consolidated classes in a common class action matter regarding a data breach affecting
similarly situated individuals. In contrast, the instant matter is easily distinguished because,
despite common questions of fact and law related to certain claims made by BlueRibbon
Coalition, Inc., the State has unique claims related to states' rights and duties under the Federal
Land Policy and Management Act and the National Environmental Policy Act; property rights;
and Fifth Amendment takings.  Because the State and BlueRibbon are not similarly situated,
consolidation of these cases could pose more than a negligible risk of delay, confusion, or
prejudice.

Moreover, remedies for the parties' claims are so diverse that consolidation risks the best
interest of the parties and the courts.  A full and complete resolution of the claims in the

2

BlueRibbon Case (Case No. 4:25-cv-00022-DN), would fail to remedy the State's lost economic value in School and Institutional Trust Lands; it would fail to remedy the scope of rights-of-way; it would fail to compensate for taking under the Fifth Amendment; it would not provide the State with a management plan; and it would not protect the State's historic properties, scientific heritage, or culture. Therefore, consolidation of these cases may pose more than a negligible risk of delay, confusion, or prejudice because the sovereign interests of the State cannot be satisfied by resolution of the claims in the BlueRibbon Case (No. 4:25-cv-00022-DN), the claims in the Utah Case (Case No. 4:25-cv-00106-AMA-PK) require a more complex analysis.

Based on the foregoing, the State takes no position on the Defendants' Motion but declines to join the Motion to Consolidate.

Respectfully submitted.

DATED this 15 day of January 2026.

/s/ David Reay

DAVID REAY (14764)
Assistant Attorney General
Utah Attorney General's Office
dreay@agutah.gov

*Attorney for Plaintiff, State of Utah, et al.*

## CERTIFICATE OF SERVICE

I certify that on January 15, 2026, the undersigned electronically filed the foregoing **RESPONSE TO MOTION TO CONSOLIDATE** with the Clerk of the Court using the CM/ECF system which will send notification of this filing to all counsel of record:

/s/ David Reay
DAVID REAY (14764)
Assistant Attorney General
Utah Attorney General's Office
dreay@agutah.gov

*Attorney for the State of Utah, et al, Plaintiffs (4:25-cv-00106)*