# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH
# CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| BLUERIBBON COALITION, INC., et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>   Defendants,<br><br> and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>   Intervenor-Defendant. | **ORDER GRANTING THIRD MOTION TO AMEND SCHEDULING ORDER AND THIRD AMENDED SCHEDULING ORDER IN AN ADMINISTRATIVE CASE UNDER DUCivR 7-4**<br><br>Case No. 4:25-cv-00022-DN<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Defendants United States Bureau of Land Management and U.S. Department of the Interior, have filed an unopposed Third Motion to Amend Administrative Appeal Scheduling Order (the "Motion").[1] For good cause, the Motion is GRANTED and case deadlines are amended as follows:

  a. Defendants transmit the Administrative Record ("AR") to Counsel: **March 4, 2026**

  b. Conferral with Defendants on AR Contents: **April 1, 2026**

  c. Defendants' lodging of the AR with the Court: **April 22, 2026**

---

[1] Docket no. 41, filed January 30, 2026.

    d. Motion to Supplement or Amend the AR: **May 13, 2026**. If such a motion is filed, the remainder of the schedule set out below is vacated and parties will submit a new Proposed Scheduling Order within 14 days of the Court's Order on the AR Motion.

    e. Plaintiffs' Opening Brief: **July 13, 2026**

    f. Defendants' Response Brief: **September 10, 2026**

    g. Intervenor-Defendant's Response Brief: **September 24, 2026**. Intervenor-Defendant's Response Brief shall strive to not be duplicative of the Defendants' Response Brief.

    h. Plaintiffs' Reply Brief: **October 26, 2026**

Signed this 13th day of February 2026.

                                                BY THE COURT

                                                PAUL KOHLER
                                                United States Magistrate Judge