**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION, SOUTHERN REGION**

| | |
|---|---|
| BLUERIBBON COALITION, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>  Defendants,<br><br> and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>  Intervenor-Defendant. | Case No. 4:25-cv-00022-DN<br><br><br>The Honorable District Judge David Nuffer |

I, Matthew Preston, do declare as follows:

I have personal knowledge of the matter set forth herein and, if called to testify, I could and would testify competently thereto.

  1.  I am the Deputy State Director for the Division of Natural Resources for the Bureau of Land Management (BLM) Utah State Office (BLM Utah). The Division of Natural Resources encompasses management of the following programs: Renewable Resources, Planning and Environmental Coordination, Outdoor and Heritage Resources, and Wild Horses and Burros. I have been in this position since January 30, 2022. I have worked for the BLM since 2011. I served as the State Director (Acting) for BLM-Utah from October 2024 to June 2025; the Division Chief (Acting) for Wildlife Conservation, Aquatics, and Environmental Protection for

1

the BLM's Headquarters Office from January 2021 to January 2022; the Deputy Division Chief for Wildlife Conservation for the Headquarters Office from May 2020 to January 2021; the Field Manager for the Salt Lake Field Office from May 2016 to May 2020; and a Science Advisor and other similar roles in the Headquarters Office from July 2011 to May 2016.

2. I hold a Bachelor of Science in Environmental Biology from the University of Colorado. I also hold a Master of Science and a PhD in Evolutionary Anthropology from the University of California-Davis.

3. As the Deputy State Director for Natural Resources, I manage the Recreation and Travel Management programs for BLM Utah. In coordination with the BLM Utah Leadership Team (comprised of the Utah State Director, District Managers, and other Deputy State Directors) and as consistent with Administration priorities, I am responsible for budgeting and resource allocation for all travel management and planning on BLM-managed lands in Utah. Responsibility for the actual consultation efforts, environmental analysis, and decision-making associated with any particular Travel Management Plan ("TMP"), however, is retained by the local line-officer.

4. I am very familiar with the workload and processes required to complete TMPs in Utah and the history of the TMPs discussed below.

5. In 2025, the BLM began a process to reassess the 2023 Labyrinth Rims/Gemini Bridges TMP. The BLM preliminarily identified routes in the TMP to potentially re-designate and, in September 2025, invited the public to submit further information about the routes in the 2023 TMP that were designated as OHV-limited and OHV-closed. Information on the reassessment is available here: https://eplanning.blm.gov/Project-Home/?id=32366ab9-a7f2-f011-8407-

001dd803d7d3. The agency is currently reviewing those comments and intends to finalize the reassessment in the coming months.

6. The BLM has also begun reassessing certain route designations in the 2024 San Rafael Swell TMP. While the agency has not yet invited the public to submit further information on routes designated as OHV-limited and OHV-closed in the San Rafael Swell TMP, the agency intends to do so in a process similar to what it has done with the Labyrinth Rims/Gemini Bridges TMP reassessment.

I declare under penalty of perjury that the foregoing is true and correct. Signed this 25th day of February 2026.

MATTHEW PRESTON
c=US, o=U.S. Government, ou=Department of the Interior, ou=Bureau of Land Management, cn=MATTHEW PRESTON, 0.9.2342.19200300.100.1.1=14001002316912
2026.02.25 12:39:55 -07'00'

Matthew Preston
BLM Utah Deputy State Director for the Division of Natural Resources