IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH
CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| **BLUERIBBON COALITION, INC.,**<br><br>    Plaintiff,<br><br>v.<br><br>**BUREAU OF LAND MANAGEMENT**, et al.,<br><br>    Defendants,<br><br>  and<br><br>**SOUTHERN UTAH WILDERNESS ALLIANCE,**<br><br>    Intervenor-Defendant. | Case No. 4:25-cv-00022-DN-PK<br><br><br>**[PROPOSED]**<br>**ORDER GRANTING DEFENDANTS'**<br>**MOTION TO STAY PROCEEDINGS**<br><br><br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Defendants have filed a Motion to Stay Proceedings.[1]  For good cause, the motion is GRANTED.  Further proceedings in this case are hereby STAYED.  Defendants shall file a status report within 5 days of any announcement or decision regarding a reassessment process for the San Rafael Swell Travel Management Plan, or within 60 days of the date of this order, whichever occurs first.

Signed this ___th day of March, 2026.

BY THE COURT:

_____
PAUL KOHLER
United States Magistrate Judge

---

[1] Docket No. 46, filed March 2, 2026.