ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION, SOUTHERN REGION

| | |
|---|---|
| BLUERIBBON COALITION, INC., <br><br> Plaintiff, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT, et al., <br><br> Defendants, <br><br> and <br><br> SOUTHERN UTAH WILDERNESS ALLIANCE, <br><br> Intervenor-Defendant. | Case No. 4:25-cv-00022-DN-PK <br><br><br><br> **JOINT STATUS REPORT** <br><br><br><br><br><br> District Judge David Nuffer <br> Magistrate Judge Paul Kohler |

This case challenges the U.S. Bureau of Land Management ("BLM") 2024 Decision Record ("DR") on the San Rafael Swell Travel Management Plan ("Swell TMP"). *See* Compl. ¶¶ 1, 25, Dkt. 1. The case is currently stayed, based on BLM's "plans to begin reassessment of

the Swell TMP, which would likely moot the cases and controversies related to the current Swell TMP." Mem. Decision and Order Granting Defs.' Mot. to Stay Proceedings 3, Dkt. 49 ("Stay Order"). The Stay Order requires Defendants to provide a status report within 10 days of "an announcement or decision" regarding the Swell TMP reassessment process. *Id*. at 5. The Stay Order allows other parties 14 days to respond, but the parties have conferred and agree that it is appropriate to continue to proceed under the Stay Order without addressing additional "procedural next steps" at this time, and thus submit a joint status report.

BLM has recently taken steps to formally initiate the Swell TMP reassessment process. On May 7, 2026, BLM published TMP "route reassessment" materials to its Eplanning website. *See* https://eplanning.blm.gov/Project-Home/?id=809280b1-a7f2-f011-8407-001dd80c29f3 (last visited May 11, 2026). More specifically, "BLM is reassessing whether certain routes currently designated as closed to off-highway vehicles should be changed as open to OHV use" through a process including a public comment period that will end on June 8, 2026. *See* Public Announcement (available at https://www.blm.gov/announcement/blm-seeks-input-travel-routes-san-rafael-swell-and-desert-areas) (last viewed May 11, 2026) (Ex. 1 hereto). "If BLM concludes that any designations should change, the agency will issue [a] new decision[ ] amending the [TMP]." *Id*. A published list of "reassessment routes" includes over 280 route segments, totaling over 220 miles. *See* Ex. 2 hereto.[1]

The parties provide this status report as an update on a development in the route reassessment process. The parties agree that this information does not otherwise require a

---

[1] According to the table, 285 route segments totaling 226.12 miles are proposed to be redesignated from "closed" to "open" or "limited" designations, while 3 route segments totaling 0.71 miles are proposed to be redesignated from "open" to "closed" designations.

change in the proceedings.  Defendants will continue to provide a status report on June 26, 2026, or within 10 days of any further announcement or decision in the Swell TMP reassessment process, whichever occurs first.  *See* Stay Order 5.

Respectfully submitted this 11th day of May 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

 */s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*