## San Rafael Swell TMP 2026 Reassessment Routes

| Route ID | Length (mi) | 2024 Decision (Alt E) | Proposed Designation 2026 |
|---|---|---|---|
| SS1002 | 0.50 | Closed | Open |
| SS1003 | 0.19 | Closed | Open |
| SS1005 | 0.13 | Closed | Open |
| SS1007 | 0.19 | Closed | Open |
| SS1008 | 0.12 | Closed | Open |
| SS1009 | 0.07 | Closed | Open |
| SS1010 | 1.01 | Closed | Open |
| SS1011 | 0.69 | Closed | Open |
| SS1068 | 1.62 | Closed | Open |
| SS1082 | 0.30 | Closed | Open |
| SS1090 | 0.09 | Closed | Open |
| SS1112 | 1.32 | Closed | Open |
| SS1157 | 0.14 | Closed | Open |
| SS1160 | 1.16 | Closed | Open |
| SS1164 | 0.23 | Closed | Open |
| SS1176 | 0.52 | Closed | Open |
| SS1179 | 0.18 | Closed | Open |
| SS1181 | 0.87 | Closed | Open |
| SS1182 | 2.17 | Closed | Limited to 66 inches |
| SS1183 | 1.47 | Closed | Limited to 66 inches |
| SS1235 | 0.57 | Closed | Ltd to Motorized Sgl Trk |
| SS1251 | 0.57 | Closed | Open |
| SS1254 | 0.20 | Closed | Open |
| SS1265 | 0.71 | Closed | Open |
| SS1266 | 1.55 | Closed | Open |
| SS1275 | 1.56 | Closed | Open |

| SS1276 | 0.47 | Closed | Open |
|---|---|---|---|
| SS1279 | 0.12 | Closed | Open |
| SS1285 | 1.22 | Closed | Open |
| SS1298 | 1.06 | Closed | Open |
| SS1308 | 0.64 | Closed | Open |
| SS1310 | 0.72 | Closed | Open |
| SS1311 | 0.07 | Closed | Open |
| SS1314 | 1.03 | Closed | Open |
| SS1318 | 0.45 | Closed | Open |
| SS1319 | 0.36 | Closed | Open |
| SS1325 | 0.36 | Closed | Open |
| SS1331 | 0.06 | Closed | Open |
| SS1336 | 0.28 | Closed | Open |
| SS1337 | 0.10 | Closed | Open |
| SS1353 | 0.52 | Closed | Open |
| SS1363 | 1.14 | Closed | Open |
| SS1381 | 0.30 | Closed | Open |
| SS1386 | 2.50 | Closed | Open |
| SS1404 | 1.31 | Closed | Ltd to Motorized Sgl Trk |
| SS1404A | 3.57 | Closed | Ltd to Motorized Sgl Trk |
| SS1419 | 1.33 | Closed | Open |
| SS1457 | 0.72 | Closed | Open |
| SS1464 | 1.97 | Closed | Open |
| SS1465 | 0.50 | Closed | Open |
| SS1467 | 4.02 | Closed | Open |
| SS1476 | 0.43 | Closed | Open |
| SS1484 | 0.16 | Closed | Open |
| SS1489 | 0.28 | Closed | Open |
| SS1493 | 4.06 | Closed | Open |

| | | | |
|---|---|---|---|
| SS1495 | 0.31 | Closed | Open |
| SS1497 | 2.62 | Closed | Open |
| SS1510 | 0.05 | Closed | Open |
| SS1530 | 1.98 | Closed | Ltd to Motorized Sgl Trk |
| SS1536 | 3.88 | Closed | Ltd to Motorized Sgl Trk |
| SS1552 | 1.22 | Closed | Open |
| SS1561 | 4.14 | Closed | Ltd to Motorized Sgl Trk |
| SS2064 | 0.31 | Closed | Open |
| SS2125 | 2.02 | Closed | Open |
| SS2148 | 0.10 | Closed | Open |
| SS2174B | 0.54 | Closed | Open |
| SS2176B | 0.24 | Closed | Open |
| SS2188 | 0.03 | Closed | Open |
| SS2211 | 2.23 | Closed | Open |
| SS2214 | 0.13 | Closed | Open |
| SS2238 | 0.31 | Closed | Open |
| SS2301 | 0.09 | Closed | Open |
| SS2311 | 0.09 | Closed | Open |
| SS2313 | 0.10 | Closed | Open |
| SS2327 | 0.37 | Closed | Open |
| SS2331 | 0.30 | Closed | Open |
| SS2332 | 0.09 | Closed | Open |
| SS2333 | 0.11 | Closed | Open |
| SS2342 | 0.10 | Closed | Open |
| SS2366 | 0.07 | Closed | Open |
| SS2405 | 0.46 | Closed | Open |
| SS2420 | 0.11 | Closed | Open |
| SS2435 | 0.21 | Closed | Open |
| SS2445 | 0.67 | Closed | Open |

| SS2461 | 1.05 | Closed | Open |
|---|---|---|---|
| SS2465 | 0.24 | Closed | Open |
| SS2466 | 0.26 | Closed | Open |
| SS2471 | 0.13 | Closed | Open |
| SS2472 | 0.46 | Closed | Open |
| SS2476 | 0.41 | Closed | Open |
| SS2477 | 0.18 | Closed | Open |
| SS2481 | 1.16 | Closed | Open |
| SS2491 | 1.81 | Closed | Open |
| SS2495 | 0.10 | Closed | Open |
| SS2497 | 2.28 | Closed | Open |
| SS2498 | 0.97 | Closed | Open |
| SS2525 | 0.37 | Closed | Open |
| SS2526 | 0.99 | Closed | Open |
| SS2572 | 0.35 | Closed | Open |
| SS2641A | 1.95 | Closed | Ltd to Motorized Sgl Trk |
| SS2738 | 0.08 | Closed | Open |
| SS2761 | 0.07 | Closed | Open |
| SS2767 | 1.23 | Closed | Open |
| SS2782 | 0.27 | Closed | Open |
| SS2790 | 0.46 | Closed | Open |
| SS2791 | 0.85 | Closed | Open |
| SS2794 | 0.05 | Closed | Open |
| SS2797 | 1.33 | Closed | Open |
| SS2803 | 1.81 | Closed | Open |
| SS2806 | 0.27 | Closed | Open |
| SS2807 | 0.07 | Closed | Open |
| SS2824 | 0.07 | Closed | Open |
| SS3029 | 0.61 | Closed | Open |

| SS3047 | 0.22 | Closed | Open |
|---|---|---|---|
| SS3065 | 0.13 | Closed | Open |
| SS3070 | 0.09 | Closed | Open |
| SS3083 | 3.01 | Closed | Open |
| SS3083A | 0.48 | Closed | Open |
| SS3161 | 0.18 | Limited to Seasonal | Closed |
| SS3174 | 0.08 | Closed | Open |
| SS3186 | 0.25 | Open | Closed |
| SS3190 | 0.27 | Open | Closed |
| SS3231 | 0.17 | Closed | Open |
| SS3242 | 0.20 | Closed | Open |
| SS3245 | 0.81 | Closed | Open |
| SS3252 | 0.18 | Closed | Open |
| SS3264 | 1.86 | Closed | Open |
| SS3280 | 0.16 | Closed | Open |
| SS3281 | 0.06 | Closed | Open |
| SS3285 | 1.68 | Closed | Open |
| SS3286 | 0.71 | Closed | Open |
| SS3290 | 1.07 | Closed | Open |
| SS3299 | 0.04 | Closed | Open |
| SS3305 | 0.19 | Closed | Open |
| SS3341 | 0.48 | Closed | Open |
| SS3343 | 1.54 | Closed | Open |
| SS3345 | 5.47 | Closed | Open |
| SS3352 | 1.64 | Closed | Open |
| SS3366A | 3.33 | Closed | Open |
| SS3367 | 0.43 | Closed | Open |
| SS3370A | 2.89 | Closed | Open |
| SS3381 | 0.51 | Closed | Open |

| SS3384 | 0.82 | Closed | Open |
|---|---|---|---|
| SS3394 | 0.80 | Closed | Open |
| SS3409 | 0.35 | Closed | Open |
| SS3437 | 0.73 | Closed | Open |
| SS3443 | 0.04 | Closed | Open |
| SS3453 | 0.03 | Closed | Open |
| SS3472 | 0.74 | Closed | Open |
| SS3475 | 0.47 | Closed | Open |
| SS3497 | 0.02 | Closed | Open |
| SS3503 | 0.54 | Closed | Open |
| SS3504 | 0.43 | Closed | Open |
| SS3505 | 0.08 | Closed | Open |
| SS3506 | 0.10 | Closed | Open |
| SS3516 | 0.35 | Closed | Open |
| SS3517 | 1.54 | Closed | Open |
| SS3530 | 0.71 | Closed | Open |
| SS4036 | 0.07 | Closed | Open |
| SS4064 | 0.83 | Closed | Open |
| SS4070 | 0.13 | Closed | Open |
| SS4080 | 0.05 | Closed | Open |
| SS4095 | 1.60 | Closed | Open |
| SS4096 | 0.97 | Closed | Open |
| SS4097 | 0.27 | Closed | Open |
| SS4115A | 0.65 | Closed | Open |
| SS4116 | 0.48 | Closed | Open |
| SS4120 | 0.07 | Closed | Open |
| SS4122 | 0.06 | Closed | Open |
| SS4126 | 0.23 | Closed | Open |
| SS4148 | 0.27 | Closed | Open |

| SS4150 | 4.45 | Closed | Open |
|---|---|---|---|
| SS4156 | 0.91 | Closed | Open |
| SS4191 | 0.10 | Closed | Open |
| SS4197 | 0.32 | Closed | Open |
| SS4204 | 0.12 | Closed | Open |
| SS4206A | 0.03 | Closed | Open |
| SS4207 | 0.12 | Closed | Open |
| SS4210 | 0.30 | Closed | Open |
| SS4269 | 0.05 | Closed | Open |
| SS4272 | 0.41 | Closed | Open |
| SS4324 | 0.34 | Closed | Open |
| SS4334 | 0.10 | Closed | Open |
| SS4423 | 0.03 | Closed | Open |
| SS4441 | 1.12 | Closed | Open |
| SS4445 | 0.14 | Closed | Open |
| SS4465 | 0.12 | Closed | Open |
| SS4466 | 0.12 | Closed | Open |
| SS4472 | 0.67 | Closed | Open |
| SS4506 | 0.12 | Closed | Open |
| SS4508 | 0.17 | Closed | Open |
| SS4522 | 0.12 | Closed | Open |
| SS4523 | 0.22 | Closed | Open |
| SS4525 | 0.16 | Closed | Open |
| SS4530 | 0.72 | Closed | Open |
| SS4535 | 0.22 | Closed | Open |
| SS4548 | 0.13 | Closed | Open |
| SS4576 | 0.46 | Closed | Open |
| SS4581 | 0.58 | Closed | Open |
| SS4585 | 0.35 | Closed | Open |

| SS4590 | 0.78 | Closed | Open |
|---|---|---|---|
| SS5019 | 0.53 | Closed | Open |
| SS5021 | 2.85 | Closed | Ltd to Motorized Sgl Trk |
| SS5022 | 2.84 | Closed | Open |
| SS5023 | 0.88 | Closed | Ltd to Motorized Sgl Trk |
| SS5052 | 0.06 | Closed | Open |
| SS5070 | 1.02 | Closed | Ltd to Motorized Sgl Trk |
| SS5071_Z | 2.48 | Closed | Ltd to Motorized Sgl Trk |
| SS5072 | 1.26 | Closed | Ltd to Motorized Sgl Trk |
| SS5073 | 0.14 | Closed | Open |
| SS5077 | 0.43 | Closed | Open |
| SS5079 | 0.47 | Closed | Open |
| SS5081 | 1.56 | Closed | Open |
| SS5083 | 0.05 | Closed | Open |
| SS5125 | 2.67 | Closed | Open |
| SS5139 | 1.95 | Closed | Open |
| SS5144 | 0.28 | Closed | Open |
| SS5150 | 1.86 | Closed | Open |
| SS5152 | 0.49 | Closed | Open |
| SS5155 | 0.10 | Closed | Open |
| SS5156 | 0.17 | Closed | Open |
| SS5159 | 0.02 | Closed | Open |
| SS5188 | 1.61 | Closed | Open |
| SS5189 | 0.11 | Closed | Open |
| SS5190 | 1.71 | Closed | Open |
| SS5197 | 0.15 | Closed | Open |
| SS5210 | 3.20 | Closed | Open |
| SS5213 | 4.93 | Closed | Limited to 66 inches |
| SS5214 | 0.60 | Closed | Limited to 66 inches |

| | | | |
|---|---|---|---|
| SS5215 | 0.35 | Closed | Limited to 66 inches |
| SS5220 | 0.55 | Closed | Limited to 66 inches |
| SS5221 | 1.07 | Closed | Limited to 66 inches |
| SS5224 | 0.24 | Closed | Open |
| SS5229 | 0.55 | Closed | Open |
| SS5230 | 0.50 | Closed | Open |
| SS5237 | 0.24 | Closed | Open |
| SS5250 | 2.08 | Closed | Open |
| SS5255 | 1.11 | Closed | Open |
| SS5256 | 0.27 | Closed | Open |
| SS5274 | 1.06 | Closed | Open |
| SS5275 | 3.21 | Closed | Open |
| SS5277 | 0.13 | Closed | Open |
| SS5278 | 1.75 | Closed | Open |
| SS5325 | 1.91 | Closed | Open |
| SS5326 | 0.50 | Closed | Open |
| SS5328 | 1.96 | Closed | Limited to 66 inches |
| SS5329 | 2.24 | Closed | Limited to 66 inches |
| SS5336 | 0.50 | Closed | Open |
| SS5337 | 2.19 | Closed | Open |
| SS5366 | 0.57 | Closed | Open |
| SS5367 | 0.55 | Closed | Open |
| SS5368 | 0.91 | Closed | Open |
| SS5372 | 0.24 | Closed | Open |
| SS5390 | 0.14 | Closed | Open |
| SS5392 | 0.19 | Closed | Open |
| SS5402 | 3.43 | Closed | Open |
| SS6008 | 0.52 | Closed | Open |
| SS6009 | 1.38 | Closed | Open |

| SS6010 | 0.18 | Closed | Open |
|---|---|---|---|
| SS6017 | 0.46 | Closed | Open |
| SS6022 | 1.59 | Closed | Open |
| SS6037 | 1.79 | Closed | Open |
| SS6055 | 2.54 | Closed | Open |
| SS6057 | 1.00 | Closed | Open |
| SS6057_Z | 0.14 | Closed | Open |
| SS6060 | 0.17 | Closed | Open |
| SS6065 | 0.24 | Closed | Open |
| SS6075 | 0.13 | Closed | Open |
| SS6077A | 0.69 | Closed | Open |
| SS6084 | 0.10 | Closed | Open |
| SS6095 | 1.40 | Closed | Open |
| SS6096 | 1.08 | Closed | Open |
| SS6097 | 0.35 | Closed | Open |
| SS6104 | 0.44 | Closed | Open |
| SS6112 | 0.28 | Closed | Open |
| SS6130 | 0.11 | Closed | Open |
| SS6131 | 0.12 | Closed | Open |
| SS6135 | 0.15 | Closed | Open |
| SS6162 | 0.06 | Closed | Open |
| SS6167 | 0.12 | Closed | Open |
| SS6172 | 0.12 | Closed | Open |
| SS6178 | 0.96 | Closed | Open |
| SS6183 | 0.09 | Closed | Open |
| SS6185 | 0.56 | Closed | Open |
| SS6189 | 0.38 | Closed | Open |
| SS6192 | 0.36 | Closed | Open |
| SS7000 | 0.82 | Closed | Open |

| Total Miles | 226.82 |
|---|---|

| Closed to Open/Limited Miles | 226.12 | 285 Routes |
|---|---|---|

| Open to Closed Miles | 0.71 | 3 Routes |
|---|---|---|